JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA DARAKCHYAN, | Case No. 2:17-cv-4383 GW (JPRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-4383 GW (JPRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: August 11, 2017

_____
Honorable George H. Wu
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**
0.0

1

Case No. 2:17-cv-4383 GW (JPRx)
ORDER GRANTING STIP. TO DISMISS
ENTIRE ACTION WITH PREJUDICE